# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MUFFY ZAHRI, )
)
        Plaintiff, ) Case No. 2:18-cv-00230-JCM-GWF
)
vs. ) **ORDER**
)
ELDORADO RESORTS CORPORATION, )
)
        Defendant. )
_____)

At intake, this case was assigned to the court's Early Neutral Evaluation Program for employment-discrimination cases. (*See* Notice (ECF No. 2).) Local Rule 16-6(a) defines employment-discrimination cases as cases filed under the following statutes:

> Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.; Title I of the Americans With Disabilities Act, as amended, 42 U.S.C. § 12101, et seq.; prohibition of employment discrimination under 42 U.S.C. § 1981; Age Discrimination in Employment Act, 29 U.S.C. § 626, et seq.; Equal Pay Act, 29 U.S.C. § 206; Genetic Information NonDiscrimination Act of 2008, 42 U.S.C. § 2000ff, et seq.; Vocational Rehabilitation Act of 1973, 29 U.S.C. § 794; and under 42 U.S.C. § 1983, if the complaint alleges discrimination in employment on the basis of race, color, gender, national origin, or religion.

Here, Plaintiff alleges claims for interference and discrimination with family medical leave under 29 U.S.C. § 2601 et seq. (claims one and two) and for breach of contract (claim three). (*See* Compl. (ECF No. 1).) Given that none of these claims are included in the definition of an employment-discrimination action under Local Rule 16-6(a), the court will not hold an early neutral evaluation conference in this case.

IT IS THEREFORE ORDERED that the court will not conduct an early neutral evaluation in this case.

/ / /

IT IS FURTHER ORDERED that the Clerk of Court must terminate the undersigned's designation as the settlement judge in this case.

DATED: March 13, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**