1  ANTHONY L. MARTIN
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   JILL GARCIA
3  Nevada Bar No. 7805
4  jill.garcia@ogletreedeakins.com
   AMY L. HOWARD
5  Nevada Bar No. 13946
   amy.howard@ogletreedeakins.com
6  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower
7  Suite 1500
8  3800 Howard Hughes Parkway
   Las Vegas, NV 89169
9  Telephone: 702.369.6800
   Fax: 702.369.6888
10

11 *Attorneys for Defendants Eldorado Resorts*
   *Corporation, Michael Marrs and Kristen Hayde*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MUFFY ZAHRI,<br><br>  Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; KRISTEN HAYDE, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: 2:18-00230-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Muffy Zahri ("Plaintiff") and Defendants Eldorado Resorts Corporation, Michael Marrs, and Kristen Hayde (hereinafter "Defendants"), by and through their undersigned counsel, that all claims Plaintiff had, or may have, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

Dated this 27th day of June, 2018.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/* Daniel R. Watkins | */s/* Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Brian S. Letofsky | Jill Garcia |
| 8215 South Eastern Avenue, Suite 265 | Amy L. Howard |
| Las Vegas, NV 89123 | 3800 Howard Hughes Parkway |
| *Attorneys for Plaintiff Muffy Zahri* | Suite 1500 |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendants Eldorado Resorts Corporation, Michael Marrs, and Kristen Hayde* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

June 28, 2018
_____
DATE

34433768.1